# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRAVON FREEMAN, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiff, | : Case No: 2:24-cv-10553 : : Hon. Robert J. White |
| v. | : : Mag. Elizabeth A. Stafford |
| FLAT ROCK METAL INC., a Michigan corporation, | : : : : |
| Defendant. | : : |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice.

Date: May 13, 2025                                           Respectfully submitted,

/s/ Jesse L. Young                                           /s/ Henry J. Andries (w/ consent)
Jesse L. Young (P72614)                                      Henry J. Andries, Jr. (P53669)
**SOMMERS SCHWARTZ, P.C.**                                   Michael L. Geller (P42862)
141 E. Michigan Avenue, Suite 600                            **STROBL PLLC**
Kalamazoo, Michigan 49007                                    33 Bloomfield Hills Parkway,
(269) 250-7500                                               Suite 125
jyoung@sommerspc.com                                         Bloomfield Hills, Michigan 48304
                                                             (248) 540-2300
Jonathan Melmed (CA SBN 290218)                              handries@strobllaw.com
Laura Supanich (P85849)                                      mgeller@strobllaw.com
(CA SBN 314805)
**MELMED LAW GROUP, P.C.**                                   *Attorneys for Defendant*

1

1801 Century Park East, Suite 850
Los Angeles, CA 90067
(310) 824-3828
jm@melmedlaw.com
lms@melmedlaw.com

*Attorneys for Plaintiff and
the Proposed Collective*